# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE LYNN M. KENNIS TRUST U/A DTD 10/02/2002, BY LYNN M. KENNIS AS TRUSTEE, and THE RONALD J. KENNIS TRUST, BY RONALD J. KENNIS AND DOLORES M. KENNIS AS TRUSTEES,<br><br>                      Plaintiffs,<br><br>   v.<br><br>FIRST EAGLE INVESTMENT MANAGEMENT, LLC,<br><br>                      Defendant. | C.A. No. 14-585-(SLR/SRF) |

## **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant First Eagle Investment Management, LLC hereby moves to dismiss the claims in the Complaint filed by Plaintiffs, the Lynn M. Kennis Trust U/A DTD 10/02/2002 and the Ronald J. Kennis Trust ("Plaintiffs"), for failure to state a claim for breach of fiduciary duty under Section 36(b) of the Investment Company Act of 1940.

The grounds for this motion are fully set forth in the Opening Brief In Support of Defendant First Eagle Investment Management, LLC's Motion to Dismiss and the Declaration of Matthew J. Thome dated July 14, 2014, filed contemporaneously herewith.

|  |  |
|---|---|
| | */s/ Jason J. Rawnsley* |
| | Frederick L. Cottrell, III (#2555) |
| | Jason J. Rawnsley (#5379) |
| Of Counsel: | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| Lori A. Martin | 920 N. King Street |
| Brad E. Konstandt | Wilmington, DE 19801 |
| Wilmer Cutler Pickering Hale and Dorr LLP | (302) 651-7700 |
| 7 World Trade Center | cottrell@rlf.com |
| 250 Greenwich Street | rawnsley@rlf.com |
| New York, NY 10007 | |
| (212) 230-8800 | *Attorneys for Defendant* |
| Lori.Martin@wilmerhale.com | *First Eagle Investment Management, LLC* |
| Brad.Konstandt@wilmerhale.com | |

Matthew T. Martens
Matthew J. Thome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
Matthew.Martens@wilmerhale.com
Matthew.Thome@wilmerhale.com

Dated:  July 14, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to registered participants, and further certify that I caused copies of the foregoing document to be served upon the following via electronic mail:

Richard A. Barkasy
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 888-4554
rbarkasy@schnader.com

Ira N. Richards
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000
irichards@schnader.com

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com