IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The Lynn M. Kennis Trust U/A DTD 10/02/2002, by Lynn M. Kennis as Trustee, and the Ronald J. Kennis Trust, by Ronald J. Kennis and Dolores M. Kennis as Trustees,<br><br>  Plaintiffs,<br><br>v.<br><br>First Eagle Investment Management, LLC,<br><br>  Defendant. | C.A. No. 14-585-SLR-SRF |

**JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING
A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

  WHEREAS, on May 7, 2014, Plaintiffs filed a Complaint (D.I. No. 1) against Defendant First Eagle Investment Management, LLC, asserting two claims under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b);

  WHEREAS, on July 14, 2014, Defendant filed a Motion to Dismiss the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. No. 15);

  WHEREAS, Plaintiffs' brief in opposition to the Motion to Dismiss is due on July 31, 2014;

  WHEREAS, the parties have agreed, subject to the Court's approval, to extend the deadline for Plaintiffs to file their opposition to the Motion to Dismiss and to set the deadline for Defendant to file a reply brief; and

  WHEREAS, this is the first extension of the deadline for Plaintiffs' opposition brief;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant through their respective counsel and subject to the Court's approval that:

1. Plaintiffs shall have until and including September 11, 2014 to file their opposition to the Motion to Dismiss.

2. Defendants' reply brief shall be due on October 9, 2014.

Dated: July 21, 2014

| | |
|---|---|
| /s/ Richard A. Barkasy | /s/ Jason J. Rawnsley |
| Richard A. Barkasy (#4683) | Frederick L. Cottrell, III (#2555) |
| Schnader Harrison Segal & Lewis LLP | Jason J. Rawnsley (#5379) |
| 824 N. Market Street, Suite 800 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 888-4554 | 920 N. King Street |
| rbarkasy@schnader.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Attorneys for Plaintiffs* | cottrell@rlf.com |
| | rawnsley@rlf.com |
| | |
| | *Attorneys for Defendant First Eagle Investment Management, LLC* |
| Of Counsel: | Of Counsel: |
| Robin F. Zwerling | Lori A. Martin |
| Jeffrey C. Zwerling | Wilmer Cutler Pickering Hale and Dorr LLP |
| Susan Salvetti | 7 World Trade Center |
| Andrew W. Robertson | 250 Greenwich Street |
| Zwerling, Schachter & Zwerling, LLP | New York, NY 10007 |
| 41 Madison Avenue | (212) 230-8800 |
| New York, NY 10010 | lori.martin@wilmerhale.com |
| (212) 223-3900 | |
| rzwerling@zsz.com | Matthew T. Martens |
| jzwerling@zsz.com | Wilmer Cutler Pickering Hale and Dorr LLP |
| ssalvetti@zsz.com | 1875 Pennsylvania Ave NW |
| arobertson@zsz.com | Washington, DC 20006 |
| | (202) 663-6000 |
| | matthew.martens@wilmerhale.com |

3

    IT IS SO ORDERED this \_\_\_ day of _____, 2014.

_____
Hon. Sherry R. Fallon
United States Magistrate Judge