## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| The Lynn M. Kennis Trust U/A DTD 10/02/2002, by Lynn M. Kennis as Trustee, and the Ronald J. Kennis Trust, by Ronald J. Kennis and Dolores M. Kennis as Trustees,<br><br>   Plaintiffs,<br><br>v.<br><br>First Eagle Investment Management, LLC,<br><br>   Defendant. | C.A. No. 14-585-(SLR/SRF) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

ZWERLING, SCHACHTER &
   ZWERLING, LLP
Robin F. Zwerling (admitted *pro hac vice*)
Jeffrey C. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hac vice*)
Andrew W. Robertson (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900

SCHNADER HARRISON
   SEGAL & LEWIS LLP
Richard A. Barkasy (#4683)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 888-4554

*Attorneys for Plaintiffs*

Dated:  March 4, 2015

Plaintiffs respectfully submit this Notice of Supplemental Authority to bring to the Court's attention a March 4, 2015 decision from the United States District Court for the Southern District of Ohio in *Goodman v. J.P. Morgan Inv. Mgmt., Inc.*, No. 2:14-cv-414 (S.D. Ohio). A copy of the decision is attached hereto as Exhibit A.

The *Goodman* court found allegations sufficient to state a claim under Section 36(b) of the Investment Company Act of 1940 where "Plaintiffs have pled a notable disparity in the fees obtained for servicing the three funds with which they are involved and the subadvised funds, while concurrently pleading that the services provided to and resources involved in all of the funds are substantially the same." *Id.* at 7. The focus is "the work done and not the label given" . *Id.* The plaintiffs in *Goodman* bolstered their claims with allegations relating to defendants' failure to share the benefits of economies of scale and a deficient board approval process. *Id.* at 5-6. The court also held that it is not necessary to plead factual allegations addressing all *Gartenberg* factors. *Id.* at 8.

Here, Plaintiffs allege similar factual allegations. *See* Compl. ¶¶ 43-73 (disparity in fees charged to funds held by plaintiffs and subadvised fund); ¶¶ 80-90 (failure to share benefits of economies of scale); ¶¶ 91-108 (deficient board approval process) (Dkt. No. 1). For the reasons articulated in *Goodman*, and in Plaintiffs' previously filed papers, Plaintiffs respectfully request that the Court deny Defendant's motion to dismiss.

Dated:  March 4, 2015

**SCHNADER HARRISON**
**SEGAL & LEWIS LLP**

 /s/  Richard A. Barkasy
Richard A. Barkasy (#4683)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 888-4554
Fax: (302) 888-1696

**ZWERLING, SCHACHTER &
ZWERLING, LLP**
Robin F. Zwerling (admitted *pro hac vice*)
Jeffrey C. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hac vice*)
Andrew W. Robertson (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

*Attorneys for Plaintiffs*