UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| The Lynn M. Kennis Trust U/A DTD 10/02/2002, by Lynn M. Kennis as Trustee, and the Ronald J. Kennis Trust, by Ronald J. Kennis and Dolores M. Kennis as Trustees,<br><br>    Plaintiffs,<br><br>v.<br><br>First Eagle Investment Management, LLC,<br><br>    Defendant. | C.A. No. 14-585 (SLR/SRF) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiffs filed this action alleging violations of Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b), on May 7, 2014; and

WHEREAS, Section 36(b)(3) provides that "[n]o award of damages shall be recoverable for any period prior to one year before the action was instituted," but does not address the recoverability of damages for any period after an action has been instituted;

WHEREAS, on July 14, 2014 Defendant moved to dismiss the action for failure to state a claim. The motion was fully briefed on October 9, 2014 and is *sub judice*; and

WHEREAS, the parties desire to avoid the necessity of Plaintiffs filing a new complaint seeking to recover damages for the period from May 8, 2014 through May 7, 2015 based upon substantially the same facts and claims alleged in the current Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their counsel, that:

1.	Any damages alleged in this action based upon the claims asserted in the current Complaint regarding the investment advisory fees charged to the First Eagle Global Fund and the First Eagle Overseas Fund encompass the period May 8, 2013 up to and including May 7, 2015; and

2.	Nothing in this Stipulation shall be deemed a waiver of any other claims or defenses any party may have in this action, including but not limited to defenses asserted by Defendant in its motion to dismiss the action, or shall be deemed a waiver of a party's obligation to prove each of the elements of any claim or defense for the period the party is asserting that claim or defense.

Dated: May 7, 2015

| | |
|---|---|
| **SCHNADER HARRISON SEGAL & LEWIS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ Richard A. Barkasy | /s/ Jason J. Rawnsley |
| Richard A. Barkasy (#4683) | Frederick L. Cottrell, III (#2555) |
| 824 N. Market Street, Suite 800 | Jason J. Rawnsley (#5379) |
| Wilmington, DE 19801 | One Rodney Square |
| Tel: (302) 888-4554 | 920 N. King Street |
| Fax: (302) 888-1696 | Wilmington, DE 19801 |
| rbarkasy@schnader.com | Tel: (302) 651-7700 |
| | cottrell@rlf.com |
| | rawnsley@rlf.com |

| | |
|---|---|
| **ZWERLING, SCHACHTER & ZWERLING,** LLP<br>Robin F. Zwerling<br>Jeffrey C. Zwerling<br>Susan Salvetti<br>Andrew W. Robertson<br>41 Madison Avenue<br>New York, NY 10010<br>Tel:  (212) 223-3900<br>Fax:  (212) 271-6969<br>rzwerling@zsz.com<br>jzwerling@zsz.com<br>ssalvetti@zsz.com<br>arobertson@zsz.com<br><br>*Attorneys for Plaintiffs* | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Lori A. Martin<br>Brad E. Konstandt<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 230-8800<br>lori.martin@wilmerhale.com<br>brad.konstandt@wilmerhale.com<br><br>Matthew T. Martens<br>Matthew J. Thome<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel:  (202) 663-6000<br>matthew.martens@wilmerhale.com<br>matthew.thome@wilmerhale.com<br><br>*Attorneys for Defendant*<br>*First Eagle Investment Management, LLC* |

   IT IS SO ORDERED this ___ day of _____, 2015.

_____
Hon. Sue L. Robinson
United States District Judge