## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| THE LYNN M. KENNIS TRUST U/A DTD 10/02/2002, BY LYNN M. KENNIS AS TRUSTEE and THE RONALD J. KENNIS TRUST, BY RONALD AND DOLORES M. KENNIS AS TRUSTEES, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 14-585-(SLR/SRF) |
| v. | ) ) | |
| FIRST EAGLE INVESTMENT MANAGEMENT, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject
to the approval of the Court, that the time for Defendant First Eagle Investment Management,
LLC to answer the Complaint in this action is hereby extended through and including January 8,
2016.


/s/ Richard A. Barkasy
Richard A. Barkasy (#4683)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 888-4554
rbarkasy@schnader.com

*Attorneys for Plaintiffs*


/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant*
*First Eagle Investment Management, LLC*

2

Of Counsel:

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Dated:  December 16, 2015

Of Counsel:

Lori A. Martin
Brad E. Konstandt
WILMER CUTLER PICKERING HALE & DORR
   LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Lori.Martin@wilmerhale.com
Brad.Konstandt@wilmerhale.com

Matthew T. Martens
Matthew J. Thome
WILMER CUTLER PICKERING HALE & DORR
   LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
Matthew.Martens@wilmerhale.com
Matthew.Thome@wilmerhale.com


IT IS SO ORDERED this _____ day of _____, 2015.


_____
THE HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE

RLF1 13541213v.1