**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE LYNN M. KENNIS TRUST U/A DTD 10/02/2002, BY LYNN M. KENNIS AS TRUSTEE, and THE RONALD J. KENNIS TRUST, BY RONALD J. KENNIS AND DOLORES M. KENNIS AS TRUSTEES,<br><br>                                        Plaintiffs,<br><br>          v.<br><br>FIRST EAGLE INVESTMENT MANAGEMENT, LLC,<br><br>                                        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 14-585-(SLR/SRF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST EAGLE INVESTMENT MANAGEMENT, LLC'S
## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant First Eagle Investment Management, LLC, by and through its undersigned counsel, states that First Eagle Investment Management, LLC is a subsidiary of Arnhold and S. Bleichroeder Holdings, Inc. ("ASBH"). BCP CC Holdings L.P. owns a controlling interest in ASBH. BCP CC Holdings L.P. is a Delaware limited partnership managed by its two members, Blackstone Capital Partners VI L.P. and Corsair IV Financial Services Capital Partners, L.P. Blackstone Capital Partners VI L.P. is indirectly controlled by The Blackstone Group L.P. ("Blackstone"), and Corsair IV Financial Services Capital Partners, L.P. is indirectly controlled by Corsair Capital LLC ("Corsair"). Investment funds managed by Blackstone and Corsair and certain co-investors own a controlling interest in ASBH and First Eagle Investment Management, LLC through BCP CC Holdings L.P. No publicly held corporation owns 10% or more of First Eagle Investment Management, LLC.

| | |
|---|---|
| Of Counsel: | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379) |
| Lori A. Martin<br>Brad E. Konstandt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>Lori.Martin@wilmerhale.com<br>Brad.Konstandt@wilmerhale.com | Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendant*<br>*First Eagle Investment Management, LLC* |

Matthew T. Martens
Matthew J. Thome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
Matthew.Martens@wilmerhale.com
Matthew.Thome@wilmerhale.com


Dated: January 12, 2016