## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| The Lynn M. Kennis Trust U/A DTD 10/02/2002, by Lynn M. Kennis as Trustee, and the Ronald J. Kennis Trust, by Ronald J. Kennis and Dolores M. Kennis as Trustees,<br><br>    Plaintiffs,<br><br>v.<br><br>First Eagle Investment Management, LLC,<br><br>    Defendant. | C.A. No. 14-585 (SLR/SRF) |

## <u>STIPULATION AND [PROPOSED] ORDER</u>

WHEREAS, Plaintiffs filed this action alleging violations of Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b), on May 7, 2014; and

WHEREAS, Section 36(b)(3) provides that "[n]o award of damages shall be recoverable for any period prior to one year before the action was instituted," but does not address the recoverability of damages for any period after an action has been instituted;

WHEREAS, pursuant to a Stipulation and Order entered by the Court on May 11, 2015 (Dkt. No. 33), the parties stipulated that any claims and damages alleged in this action in the current Complaint encompass the period May 8, 2013 up to and including May 7, 2015; and

WHEREAS, the parties desire to avoid the necessity of Plaintiffs filing a new complaint seeking to recover damages for the period from May 8, 2015 through May 7, 2016 based upon substantially the same facts and claims alleged in the current Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their counsel, that:

1.      Any damages alleged in this action based upon the claims asserted in the current Complaint regarding the investment advisory fees charged to the First Eagle Global Fund and the First Eagle Overseas Fund encompass the period May 8, 2013 up to and including May 7, 2016; and

2.      Nothing in this Stipulation shall be deemed a waiver of any claims or defenses any party may have in this action, including but not limited to defenses asserted by Defendant in its Answer, or shall be deemed a waiver of a party's obligation to prove each of the elements of any claim or defense for the period the party is asserting that claim or defense.


Dated:  May 12, 2016

**SCHNADER HARRISON
SEGAL & LEWIS LLP**

 /s/ Richard A. Barkasy
Richard A. Barkasy (#4683)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Tel:  (302) 888-4554
Fax:  (302) 888-1696
rbarkasy@schnader.com

**RICHARDS, LAYTON
& FINGER, P.A.**

 /s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Tel:  (302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

**ZWERLING, SCHACHTER
& ZWERLING, LLP**
Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
Tel:  (212) 223-3900
Fax:  (212) 271-6969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Attorneys for Plaintiffs*

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Lori A. Martin
Ross E. Firsenbaum
Brad E. Konstandt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel:  (212) 230-8800
lori.martin@wilmerhale.com
ross.firsenbaum@wilmerhale.com
brad.konstandt@wilmerhale.com

Matthew T. Martens
Matthew J. Thome
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  (202) 663-6000
matthew.martens@wilmerhale.com
matthew.thome@wilmerhale.com

*Attorneys for Defendant
First Eagle Investment Management, LLC*

IT IS SO ORDERED this ___ day of _____, 2016.

_____
Hon. Sherry R. Fallon
United States Magistrate Judge