# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE LYNN M. KENNIS TRUST U/A DTD 10/02/2002, BY LYNN M. KENNIS AS TRUSTEE, and THE RONALD J. KENNIS TRUST, BY RONALD J. KENNIS AND DOLORES M. KENNIS AS TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST EAGLE INVESTMENT MANAGEMENT, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) C.A. No. 14-585-(SLR)(SRF) ) ) ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

In accordance with Paragraph 8 of the Court's Scheduling Order dated February 2, 2016 [D.I. 44] (the "Scheduling Order"), and the Court's Order of December 19, 2016, Plaintiffs the Lynn M. Kennis Trust U/A DTD 10/20/2002 and the Ronald J. Kennis Trust ("Plaintiffs"), and Defendant First Eagle Investment Management, LLC ("First Eagle") (collectively, the "Parties"), respectfully submit this joint status report advising the Court on the nature of the matters in issue and the progress of discovery to date.

1.  **Document Requests**. In accordance with the Scheduling Order, the Parties served their initial requests for production of documents by April 1, 2016. The Parties served objections and responses to those requests on June 30, 2016. Plaintiffs served their second request for production of documents (21 requests) on November 30, 2016.[1] Plaintiffs have now

---

[1] Of the 21 requests included in Plaintiffs' second request for production of documents, 7 are identical to requests previously included in Plaintiffs' initial request for production of documents, but the second request seeks production of such documents for a time period earlier than that covered by Plaintiffs' initial request.

served a total of 69 document requests on First Eagle. First Eagle's responses and objections to Plaintiffs' second set of document requests are due on January 30, 2017. First Eagle has also served a third-party document subpoena on Planning Alternatives Ltd. ("Planning Alternatives"), the investment adviser for the Lynn M. Kennis Trust. Planning Alternatives served its objections and responses to the subpoena on November 16, 2016, and produced 168 pages of documents in response to the subpoena.

2. **Interrogatories**. On March 25, 2016, Plaintiffs served their first set of interrogatories (13 in number) on First Eagle. On May 5, 2016, First Eagle served objections and responses to those interrogatories totaling 41 pages. On October 12, 2016, First Eagle served its first set of interrogatories on Plaintiffs. On November 29, 2016, Plaintiffs served objections and responses to those interrogatories. On November 30, 2016, Plaintiffs served their second set of interrogatories (12 in number) on First Eagle. Plaintiffs have now served a total of 25 interrogatories on First Eagle. First Eagle's responses and objections to Plaintiffs' second set of interrogatories are due on January 30, 2017.

3. **Document Productions**.

As of January 4, 2017, First Eagle has produced both non-custodial documents and documents from the e-mail files of the 16 First Eagle custodians requested by Plaintiffs.

With regard to non-custodial documents, First Eagle has produced 368 documents consisting of 21,451 pages. These documents include (a) the materials provided to the Board of Trustees of First Eagle Funds (the "Board") in connection with the Board's consideration and approval of investment advisory fees charged to the First Eagle Global Fund and First Eagle Overseas Fund (the "Funds"); (b) minutes of meetings of the Board pertaining to such consideration and approval; (c) agreements and other documents relating to funds managed by

First Eagle that follow the same investment mandate or strategy as the Funds; (d) documents relating to the Mercer Global Low Volatility Equity Fund, (e) organizational charts for First Eagle, (f) insurance policies issued to or in the name of First Eagle, and (g) documents filed with the U.S. Securities and Exchange Commission from January 2012 to the present.  First Eagle has also produced a privilege log identifying all non-custodial documents that were withheld or redacted on privilege grounds.

With regard to documents from custodial ESI files, First Eagle has collected, and is in the process of reviewing for responsiveness and privilege (i) approximately 263,000 emails and families/groups that were identified by running 27 search terms negotiated by the Parties for 16 agreed-upon custodians for the time period January 1, 2012 to the present; and (ii) thousands of additional electronic documents and materials pulled from dozens of shared drives and individual repositories maintained by First Eagle.  To date, First Eagle has produced approximately 4,597 ESI documents consisting of approximately 96,858 pages.

First Eagle currently expects to complete its production of responsive, non-privileged documents by January 31, 2017, with the exception of (a) any documents that may come off of the privilege log in quality control reviews that will continue after January 31, 2017, and (b) the production of certain redacted documents that require specialized vendor services.  First Eagle anticipates that it will produce a final privilege log for all ESI, and will complete the production of any documents that, after additional review, are determined not to be privileged or to require redaction, by March 31, 2017.

The custodial documents include, but are not limited to, the following categories of documents:  (a) documents concerning the services provided by First Eagle to the Funds pursuant to the Amended and Restated Investment Advisory Contract, dated December 16, 2010

("Investment Advisory Contract"), (b) documents concerning the costs incurred or profits realized by First Eagle in providing such services, (c) documents concerning the amount of all fees or expenses paid by the Funds to First Eagle pursuant to the Investment Advisory Contract, (d) documents discussing or analyzing the investment performance of the Funds, and (e) communications relating to the Board's consideration and approval of the Investment Advisory Contract and the fees paid by the Funds pursuant to the Investment Advisory Contract.

As of January 4, 2017, Plaintiffs have produced 847 pages consisting of account statements, an account application, trust agreements, and engagement letters for this litigation. Plaintiffs also have produced a privilege log identifying all documents that were withheld or redacted on privilege grounds.

On December 22, 2016, the Parties resolved a dispute regarding ESI search terms and Plaintiffs' production of certain documents. Although Plaintiffs have begun the process of running the agreed-upon search terms and collecting any additional responsive documents and ESI, Plaintiffs may require additional time beyond January 31, 2017 to complete their collection and review, prepare the documents and ESI for production, and supplement their privilege log. Plaintiffs anticipate that they will complete their supplemental production by March 31, 2017.

4. **Discovery and other Disputes**. The Parties have not identified any disputes that they intend to raise with the Court at this time.

Dated: January 4, 2017

| | |
|---|---|
| **SCHNADER HARRISON SEGAL & LEWIS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Richard A. Barkasy* | */s/ Jason J. Rawnsley* |
| Richard A. Barkasy (#4683) | Frederick L. Cottrell, III (#2555) |
| 824 N. Market Street, Suite 800 | Jason J. Rawnsley (#5379) |
| Wilmington, DE 19801 | One Rodney Square |
| Tel: (302) 888-4554 | 920 N. King Street |
| Fax: (302) 888-1696 | Wilmington, DE 19801 |
| rbarkasy@schnader.com | Tel: (302) 651-7700 |
| | cottrell@rlf.com |
| | rawnsley@rlf.com |
| **ZWERLING, SCHACHTER & ZWERLING, LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| Robin F. Zwerling | Lori A. Martin |
| Jeffrey C. Zwerling | Ross E. Firsenbaum |
| Susan Salvetti | Brad E. Konstandt |
| Andrew W. Robertson | 7 World Trade Center |
| 41 Madison Avenue | 250 Greenwich Street |
| New York, NY 10010 | New York, NY 10007 |
| Tel: (212) 223-3900 | Tel: (212) 230-8800 |
| Fax: (212) 271-6969 | lori.martin@wilmerhale.com |
| rzwerling@zsz.com | ross.firsenbaum@wilmerhale.com |
| jzwerling@zsz.com | brad.konstandt@wilmerhale.com |
| ssalvetti@zsz.com | |
| arobertson@zsz.com | *Attorneys for Defendant First Eagle Investment Management, LLC* |
| *Attorneys for Plaintiffs* | |